**1010**

No. 1185. TAYLER *v.* TAYLER. Ct. App. Md. Certiorari denied.

No. 1193. BURKE ET AL. *v.* HUNT, CONSERVATOR AND TRUSTEE, ET AL. Sup. Ct. Minn. Certiorari denied. *Kenneth W. Green* and *Joe A. Walters* for petitioners. *Douglas M. Head,* Attorney General of Minnesota, *Arne L. Schoeller,* Chief Deputy Attorney General, and *Clay R. Moore,* Special Assistant Attorney General, for respondents Hunt et al., and *Henry Halladay* for respondent Murphy Finance Co. 

No. 1220. CUMIC *v.* KNOTT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. *I. A. Kanarek* for petitioner. *Henry F. Walker* for respondent Knott.

No. 889. HARDY, CORRECTIONS DIRECTOR, ET AL. *v.* MATTHEWS. C. A. D. C. Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE STEWART, and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. *Charles T. Duncan, Hubert B. Pair, Richard W. Barton,* and *David P. Sutton* for petitioners. *William W. Greenhalgh* and *Addison Bowman* for respondent. 

No. 1158. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Charles J. Steele* and *Joseph Sharfsin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Sidney M. Glazer* for the United States. 
